IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| | |
|---|---|
| ADAM MACKLEY,<br><br>Plaintiff,<br><br>vs.<br><br>LYNN DAVIS, THOMAS PATTON, RON WILKINSON, and LORI FOWLKE,<br><br>Defendants. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br><br><br>Case No. 1:13-CV-129<br><br>Judge Dee Benson |

Before the Court is the Report and Recommendation issued by United States Magistrate Judge Evelyn J. Furse recommending that the Court dismiss this case in its entirety, without prejudice, under the *Younger* Abstention Doctrine.

The parties were notified of their right to file objections to the Report and Recommendation within fourteen (14) days after receiving it. No party has filed such an objection.

Having reviewed all relevant materials, including the reasoning set forth in the Magistrate

1

Judge's Report and Recommendation, the Court ADOPTS the Report and Recommendation. Accordingly, the Court hereby **DISMISSES** this case as to all parties, **WITHOUT PREJUDICE**.

    **IT IS SO ORDERED**.

DATED this 13th day of May, 2014.

_____
Dee Benson
United States District Judge